## STATE, EX REL. MARTIN v. HENDERSON, GOVERNOR.

(Decided February 2, 1917. 74 Southern 952.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. LEON MCCORD.

WILLIAM L. MARTIN, Attorney General, and P. W. TURNER, LAWRENCE E. BROWN, and HARWELL G. DAVIS, Assistant Attor-

neys General, for appellant. BALL & SAMFORD and RUSHTON, WILLIAMS & CRENSHAW, for appellee.

SAYRE, J.—Affirmed on the authority of *State, ex rel. Daly v. Henderson, Governor, infra,* 74 South. 951.